United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Malik Amusat, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-4350 |
| | § | |
| Santander Consumer USA Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation by Magistrate Judge Peter Bray, Doc. 37, recommending that Defendant's Motion to Dismiss, Doc. 34, be granted in part. Specifically, Magistrate Judge Bray recommends that Plaintiff's Fair Credit Reporting Act (FCRA) claim be dismissed with prejudice for failure to state a claim. Doc. 37 at 6–9. Furthermore, Magistrate Judge Bray recommends that Plaintiff's remaining state-law claims be dismissed without prejudice. Doc. 37 at 9-10.

Parties may object to any portion of a Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The district court may accept any part of the report and recommendation to which there is no objection if there is no clear error on the face of the record. *See Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)); *see also* Fed. R. Civ. P. 72(b) advisory committee note (1983). When a party objects a report and recommendation, the district court reviews the objected portions *de novo*. *See*

Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Neither party filed objections. No clear error otherwise appears upon review and consideration of the report, the record, and the applicable law. As such, the Report and Recommendation of Magistrate Judge Bray is adopted as the Memorandum and Order of this Court. Defendant's Motion to Dismiss, Doc. 34, is GRANTED IN PART. Plaintiff's FCRA claim is DISMISSED WITH PREJUDICE for failure to state a claim. Plaintiff's remaining state-law claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

A Final Judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 2nd of November, 2026.

Nicholas J. Ganjei
United States District Judge